Barry E. Borowitz, CA Bar #167418
Nancy B. Clark, CA Bar #207024
**BOROWITZ & CLARK, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CHARLES A. BREUL,<br><br>Debtor | Case No.: 1:05-bk-20645-MT<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE WHY FRANK ADDAMO, AND CREDIT SPECIALTY SERVICES, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES A. BREUL; AND DECLARATION OF BARRY E. BOROWITZ IN SUPPORT THEREOF<br><br>[FRBP 9020 AND LBR9020-1] |

TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE, FRANK ADDAMO AND CREDIT SPECIALTY SERVICES, INC., AND THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that Charles A. Breul ("Debtor"), by and through his attorney, Barry E. Borowitz, hereby moves this Court for an Order to Show Cause why Frank Addamo ("Adamo"), and Credit Specialty Service, Inc. ("CSSI") should not be held in contempt

1

of Court for violation of the automatic stay and discharge injunctions. This Motion is brought pursuant to FRBP 9020 and LBR 9020-1.

This Motion is made on the grounds that after Debtor filed for Chapter 7 Bankruptcy protection and upon notice to Addamo and CSSI, they continue to intentionally pursue a pre-petition discharged debt against Debtor, and have refused to remove a lien that was recorded in violation of the automatic stay.

Pursuant to LBR 9020-1(c), the Proposed Order to Show Cause is being lodged via the LOU system simultaneously with this Motion.

**DEADLINE FOR FILING OPPOSITION PAPERS:**

Pursuant to LBR 9020-1(b), Creditor shall have seven (7) days to object, in writing, to the issuance of an Order to Show Cause, which must be served upon the undersigned at the address set forth at the top of this pleading and upon the Office of the United State Trustee, and must be filed with the Bankruptcy Court within seven (7) days of this Notice and Motion.

Pursuant to LBR-9020-1(d)(1), if a written explanation is not timely filed and a Judge's Copy served, the Court may conclude that there is no objection to the issuance of the Order to Show Cause.

Pursuant to LBR 9020-1(d)(2), no hearing on this Motion for Issuance of an Order to Show Cause shall be held unless the Court orders otherwise.

This Motion is based on the documentary evidence attached hereto, and by the Memorandum of Points and Authorities, Declarations of Charles A. Breul, and Declarations of Barry E. Borowitz in Support Thereof, and other such evidence as the Court may receive in connection with this Motion

WHEREFORE, Debtor requests that the Court issue an Order to Show Cause why Addamo and CSSI should not be held in contempt of Court for violation of the Automatic Stay and Discharge Injunctions based on their refusal to remove a lien recorded in violation of the automatic stay in Chapter 7 Bankruptcy against Debtor's real property, and for such other and further relief as is just and proper.

Dated: 11/25/2013

BOROWITZ & CLARK, LLP

Barry E. Borowitz
Attorney for Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Street, #250
West Covina, CA 91791-1660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR:AN ORDER TO SHOW CAUSE WHY FRANK ADDAMO, AND CREDIT SPECIALTY SERVICES, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES A. BREUL; AND DECLARATION OF BARRY E. BOROWITZ IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 28, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maureen Tighe
U.S. Bankruptcy Judge
21041 Burbank Blvd., Ste. 324
Woodland Hills, CA 91367

David Gottlieb
Chapter 7 Trustee
15233 Ventura Blvd., 9th Fl.
Sherman Oaks, CA 91403

United States Trustee
21051 Woodland Center Lane, Ste. 115
Woodland Hills, CA 91367

Charles Breul
41343 151st Street East
Lancaster, CA 93535

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2014 | Annette Gomez | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE

Additional mailing list

Frank Addamo
4400 Wild Horse Rd.
Reno, NV 89510

Credit Specialty Services, Inc.
P.O. Box 764
Acton, CA 93510

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE