| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Barry E. Borowitz<br>Borowitz & Clark, LLP<br>100 N. Barranca Avenue, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax: (626) 332-8644<br>167418<br>ecf@bclaw.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Charles August Breul**<br>Debtor. | CASE NO.: 1:05-BK-20645-MT<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:** AN ORDER TO SHOW CAUSE WHY FRANK ADDAMO, AND CREDIT SPECIALTY SERVICES, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES A. BREUL; AND DECLARATION OF BARRY E. BOROWITZ IN SUPPORT THEREOF |
| | DATE: February 26, 2014<br>TIME: 11:00 A.M.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Blvd., Suite 324<br>Woodland Hills, CA 91367 |

1. TO (specify name): **Frank Addamo and Credit Speciality Services, Inc.**
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.
5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 9013-1.1.HEARING.NOTICE

Date: 1/28/14

Borowitz & Clark, LLP
Printed name of law firm

Signature
Barry E. Borowitz 167418
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 2                              F 9013-1.1.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Street, #250
West Covina, CA 91791-1660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE WHY FRANK ADDAMO, AND CREDIT SPECIALTY SERVICES, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHARLES A. BREUL; AND DECLARATION OF BARRY E. BOROWITZ IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 28, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maureen Tighe
U.S. Bankruptcy Judge
21041 Burbank Blvd., Ste. 324
Woodland Hills, CA 91367

David Gottlieb
Chapter 7 Trustee
15233 Ventura Blvd., 9th Fl.
Sherman Oaks, CA 91403

United States Trustee
21051 Woodland Center Lane, Ste. 115
Woodland Hills, CA 91367

Charles Breul
41343 151st Street East
Lancaster, CA 93535

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2014 | Annette Gomez | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

Additional mailing list

Frank Addamo
4400 Wild Horse Rd.
Reno, NV 89510

Credit Specialty Services, Inc.
P.O. Box 764
Acton, CA 93510

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 4                           F 9013-1.1.HEARING.NOTICE