## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Street, #250
West Covina, CA 91791-1660

A true and correct copy of the foregoing document entitled (specify) **Order to Show Cause Why Frank Addamo and Credit Specialty Services, Inc. Should Not Be Held In Contempt For Willful Violation Of The Automatic Stay And Discharge Injunction** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Victoria Kaufman<br>U.S. Bankruptcy Judge<br>21041 Burbank Blvd., Ste. 312<br>Woodland Hills, CA 91367 | David Gottlieb<br>Chapter 7 Trustee<br>15233 Ventura Blvd., 9th Fl.<br>Sherman Oaks, CA 91403 | United States Trustee<br>21051 Woodland Center Lane, Ste. 115<br>Woodland Hills, CA 91367 |

Charles Breul
41343 151st Street East
Lancaster, CA 93535

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 19, 2014 | Annette Gomez | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

## Additional mailing list

| Name of Lien Holder | Address from: | Delivery Method |
|---|---|---|
| Jay M. Tenenbaum, Esq.<br>C/O Frank Addamo<br>2323 W. Lincoln Avenue, Ste. 127<br>Anaheim, CA 92801 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☒ Other: *specify*<br><br>Judgment | ☐ US Mail<br>☒ Certified mail –<br>Tracking #7012 2210 0000 2443 0770<br>☐ Overnight mail –<br>Tracking #<br>Carrier Name: _____ |
| Creditors Specialty Services<br>32023 Crown Valley Rd.<br>Acton, CA 93510 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☒ Other: specify<br><br>www.creditorspecialtyservice.com | ☐ US Mail<br>☒ Certified mail –<br>Tracking #7012 2210 0000 2443 0787<br>☐ Overnight mail –<br>Tracking #<br>Carrier Name: _____ |
| Creditors Specialty Services<br>P.O. Box 764<br>Acton, CA 93510 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☒ Other: specify | ☐ US Mail<br>☒ Certified mail –<br>Tracking #7012 2210 0000 2443 0794<br>☐ Overnight mail –<br>Tracking #<br>Carrier Name: _____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE