Barry E. Borowitz, CA Bar #167418
Nancy B. Clark, CA Bar #207024
**BOROWITZ & CLARK, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Attorneys for Debtor

**FILED & ENTERED**

APR 18 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

CHARLES A. BREUL,

        Debtor

Case No.: 1:05-bk-20645-MT

Chapter 7

**ORDER HOLDING FRANK ADDAMO IN CONTEMPT OF COURT FOR VIOLATION OF THE AUTOMATIC STAY AND THE DISCHARGE INJUNCTIONS**

    **TO FRANK ADDAMO AND ALL OTHER PARTIES IN INTEREST:**

    The Court, having considered the Order to Show Cause Why Frank Addamo and Creditor's Specialty Services, Inc., and good cause appearing therefore, hereby orders as follows:

1.    Actual damages in the amount of $17,172.00 plus interest;

2.    Attorneys' fees and cost in the amount of $7,750.00 plus interest; and

3.    Punitive damages in the amount of $50,000 plus interest.

///

///

///

///

///

///

///

All damages to be paid to the Law Offices of Borowtiz & Clark, LLP to be held in their trust account for disbursement.

**IT IS SO ORDERED.**

###

Date: April 18, 2014

Maureen A. Tighe
United States Bankruptcy Judge

## DECLARATION OF NANCY B. CLARK

I, Nancy B. Clark, hereby declare and state as follows:

1. As to the following facts I know them to be true of my own personal knowledge, and if called upon to testify in this action, I would testify competently thereto;

2. That a Motion re: Order to Show Cause Why Frank Addamo and Creditors Specialty Services, Inc. Should Not Be Held in Contempt for Violation of the Automatic Stay and Discharge Injunctions;

3. That at the hearing on the Order to Show Cause the Court found Frank Addamo and Creditors Specialty Services, Inc. as stated in the Order listed above;

4. That upon further review I found that I had not served Creditors Specialty Service, Inc. properly because I had not spelled the creditors name correctly;

5. That the creditor's correct name is Creditors Specialty Service, Inc. not Creditors Specialty Services, Inc.;

6. That I served the correct entity address but failed to serve the agent for service of process;

7. That I have prepared a new motion and will serve it on the agent for service of process for Creditors Specialty Service, Inc.;

8. That we served the best addresses we have for Frank Addamo and request the Order be granted as to Frank Addamo.

I, Nancy B. Clark, declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed at West Covina, California.

Date: 4/7/14

Nancy B. Clark
Attorney at Law

3