Barry E. Borowitz, #167418
Nancy B. Clark, #207024
**Borowitz & Clark, LLP**
100 N. Barranca Ave., Suite 250
West Covina, CA 91791
Tel:  (626) 332-8600
Fax: (626) 332-8644

Attorney for Debtor



FILED & ENTERED

JUL 31 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| In re:<br><br>**CHARLES BREUL**,<br><br>Debtor. | Case No: 1:05-bk-20645-MT<br><br>Chapter 7<br><br>**ORDER FINDING CREDITORS SPECIALTY SERVICE, INC. IN CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION:**<br><br>**[11 U.S.C. 362(K), 11 U.S.C. 524, FRBP 9020, LBR 9020-1]** |
|---|---|

**TO CREDIT SPECIALTY SERVICE, INC.:**

The Court, having considered testimony on why Creditors Specialty Service, Inc. should

not be held in Contempt for Willful Violations of the Automatic Stay and Discharge Injunction

filed by debtor, Charles Breul, and based on the Court's Memorandum of Decision RE: Order to

Show Cause Re: Contempt for Violation of (1) The Automatic Stay: and (2) Discharge

Injunction, hereby orders as follows:

Creditors Specialty Service, Inc., is found in Contempt for Violation of the Automatic

Stay and the Discharge Injunction;

**IT IS FURTHER ORDERED** that**:**

1. Creditors Specialty Service, Inc. is ordered to pay damages to debtor for debtor's attorneys' fees in connection to the Automatic Stay Violation in the amount of $1,453.13;

2. Creditors Specialty Service, Inc. is ordered to pay damages to debtor for debtor's attorneys' fees in connection to the Discharge Violation in the amount of $6,296.87;

3. Creditors Specialty Service, Inc. is ordered to pay debtor compensatory damages in connection to the Discharge Violation in the amount of $8,000;

4. Creditors Specialty Service, Inc. is ordered to pay debtor damages for Emotional Distress suffered by debtor in connection to the Discharge Violation in the amount of $5,000;

5. Creditors Specialty Service, Inc. is ordered to pay debtor punitive damages in connection to the Discharge Violation in the amount of $9,750;

6. Creditors Specialty Service, Inc. is ordered to pay the total payment of $30,500.00 made payable to Borowitz & Clark, LLP to be deposited in the Borowitz & Clark's trust account to be disbursed to the parties within 30 days of the signing of this order;

7. This Court will retain jurisdiction over this matter until all funds have been paid.

**IT IS SO ORDERED.**

###

Date: July 31, 2015

Maureen A. Tighe
United States Bankruptcy Judge