|  | FOR COURT USE ONLY |
|---|---|
| ☐ Recording requested by a return to:<br>Barry E. Borowitz, SBN 167418<br>Nancy B. Clark, SBN 207024<br>Borowitz & Clark, LLP<br>100 N. Barranca Ave, Ste 250<br>West Covina, CA 91791<br>Tel: (626) 332-8600<br>Fax: (626) 332-8644 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>CHARLES BREUL,<br>Debtor | CASE NUMBER 1:05-bk-20645-MT |
|---|---|
| | ADVERSARY NUMBER |
| CHARLES BREUL,<br>Plaintiff<br>vs.<br>CREDITORS SPECIALTY SERVICE, INC.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address  CREDITORS SPECIALTY SERVICE, INC. C/O NEAL EVANS
   
   2626 TOWNSGATE, SUITE 330
   
   WEST LAKE VILLAGE, CA 91361
   
   ☐ Address Unknown

   b. Driver's License No. _____ X Unknown

   c. Social Security No. _____ X Unknown

2. The Summons was personally served at, or mail to (address):

Agent for Service of process for Creditors Specialty Service, Inc.: Neal Evans, 2626 Townsgate, Suite 330, West Lake Village, CA 91361, Law Offices of Neil C. Evans, 13351 D. Riverside Drive, Suite 612, Sherman Oaks, CA 91423, Creditors Specialty Service, Inc. 32023 Crown Valley Road, Acton, CA 93510 and Creditors Specialty Service, Inc. PO Box 764, Acton, CA 93510

3. ☐ Information regarding additional judgment debtors is shown on reverse side

   Dated: 10/22/2015    _____
   (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 7 |
|---|---|---|
| | LAVONYA SMITH, Debtor(s). | ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on 7/31/2015,

   in favor of ___Borowitz & Clark LLP___ and against Creditors Specialty Service, Inc.

   for   $ 30,500.00     Principal,

         $ 0.00          Interest,

         $ 0.00          Attorney's Fees, and

         $ 0.00          Costs.

A lien in favor of a judgment creditor is:

☐ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ 30,500.00

   2. In favor of (name) Borowitz & Clark, LLC

A stay of execution has:

☐ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this ___28___ day of ___10, 2015___.

SEAL

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*